

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00131-CV

IN RE BOBBY DEON DAVIS AND
YORK LANDSCAPING, LLC

RELATORS

----------

ORIGINAL PROCEEDING

----------

## MEMORANDUM OPINION[1]

----------

Relators Bobby Deon Davis and York Landscaping seek a writ of mandamus directing Respondent to vacate her order granting the motion for new trial filed by Real Parties in Interest Kali Marie Wood and Kari Feris and ordering a new trial on actual damages. Relators further request that we order Respondent to reinstate the jury's verdict. Real Parties in Interest filed a response. Because we agree with the parties that Respondent's order granting a

[1]*See* Tex. R. App. P. 47.4.

new trial does not conform with the procedural requirements set forth by the Texas Supreme Court in *Columbia*, we will conditionally grant mandamus relief and direct Respondent to amend the order partially granting a new trial to more specifically set out the reasons for which she set aside the jury verdict and granted a new trial as to actual damages. *See In re Columbia Med. Ctr. of Las Colinas, Subsidiary, L.P.*, 290 S.W.3d 204, 206, 215 (Tex. 2009) (orig. proceeding) (requiring reasons to "be clearly identified and reasonably specific" and holding that broad statements such as "in the interest of justice" are not sufficiently specific); *see also In re United Scaffolding, Inc.*, 377 S.W.3d 685, 686, 690 (Tex. 2012) (orig. proceeding) (same). We deny Relators' request that we reinstate the jury's verdict in this original proceeding. *See United Scaffolding*, 377 S.W.3d at 690 (denying request for writ of mandamus compelling trial court to render judgment on the verdict). Because we are confident that Respondent will comply with this directive, the writ will issue only if Respondent fails to promptly do so.

/s/ Sue Walker
SUE WALKER
JUSTICE

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DELIVERED: May 20, 2014